**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Napoleon GOODSON, IV, Defendant–Appellant.**

No. 13–4657.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 25, 2014.

J. Preston Strom, Jr., Strom Law Firm, L.L.C., Columbia, South Carolina, for Appellant. Robert Frank Daley, Jr., Mark C. Moore, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Napoleon Goodson, IV, appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion and reducing his sentence by twelve months, and a subsequent order denying reconsideration. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that there are no meritorious issues for appeal and concluding that the district court did not abuse its discretion in reducing Goodson's sentence by twelve months. Goodson has filed a pro se supplemental brief challenging the denial of his motion to reconsider the court's order granting a reduction.

In accordance with *Anders,* we have reviewed the record in this case and have found no meritorious issues for appeal or reversible error. We therefore affirm the district court's orders for the reasons stated by the district court. *United States v. Goodson,* No. 3:93-cr-00471-JFA-1, 2013 WL 4017644 (D.S.C. Aug. 6, 16, & 22, 2013). This court requires that counsel inform Goodson, in writing, of the right to petition the Supreme Court of the United States for further review. If Goodson requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on Goodson. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*